**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ESCAMILLA,<br><br>              Petitioner,<br><br>     vs.<br><br>LARRY SMALL, WARDEN,<br><br>              Respondent. | CASE NO. CV 09-00470 GW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of ROBERT ESCAMILLA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 2, 2010

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE